IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 07-3111 |
| JAMES E. SCHMITT d/b/a CONSTRUCTION PARTNERS INC. OF THE HEARTLAND, CONSTRUCTION PARTNERS INC. OF THE HEARTLAND, CONSTRUCTION PARTNERS INC. OF QUAD CITIES and CONSTRUCTION PARTNERS INC., | ) ) ) ) ) ) ) ) ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause comes before the Court on Plaintiffs' Motion for Default Judgment (d/e 10). The Court has reviewed the Motion and other pleadings, and finds that the Complaint has been duly filed and served upon Defendant, James E. Schmitt d/b/a Construction Partners, Inc. of the Heartland, Construction Partners Inc. of Quad Cities and Construction Partners, Inc., that the Defendant has failed to answer or otherwise plead

1

within the statutory time frame, and that the Plaintiffs have submitted proof of their claim. The Plaintiffs are therefore entitled to default judgment against Defendant.

THEREFORE, Plaintiffs' Motion for Default Judgment (d/e 10) is ALLOWED. Judgment is hereby entered in favor of Plaintiffs and against Defendant James E. Schmitt D/b/a Construction Partners, Inc. of the Heartland, Construction Partners Inc. of Quad Cities and Construction Partners, Inc., as follows:

A. Judgment is awarded in favor of the Plaintiffs and against the Defendant in the sum of $14,288.72, consisting of audit liability in the sum of $7,401.68, costs of the audit in the sum of $1,333.36, liquidated damages in the sum of $1,480.28, plus interest of $5,743.89, minus Defendant's February 2007, payment of $1,670.49;

B. Defendant is ordered to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs all required contribution reports and payments;

C. Defendant is ordered to pay to the Plaintiffs, their attorney's fees in the amount of $2,516.91, as provided by ERISA, 29 U.S.C. § 1132(g)2); and

D.      Defendant is ordered to pay all costs attendant to these proceedings.

IT IS THEREFORE SO ORDERED.

ENTER:   October 11, 2007

     FOR THE COURT:

                                                  s/ Jeanne E. Scott
                                                  JEANNE E. SCOTT
                                  UNITED STATES DISTRICT JUDGE